DRAFT June 16, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
JUAN ROSADO and NICK OSORIO, on
Behalf of themselves and others similarly situated

                        Plaintiffs,

      - against -

SENIORCARE EMERGENCY MEDICAL
SERVICES, INC.,

                        Defendant.
-------------------------------------------------------- X

Case No. 1:20-cv-01925

**Settlement Agreement and Release**

WHEREAS, Defendant Seniorcare Emergency Medical Services, Inc. ("Defendant") on the one hand, and Plaintiffs Juan Rosado ("Plaintiff Rosado") and Nick Osorio ("Plaintiff Osorio") (collectively "Plaintiffs") (Plaintiffs and Defendant together, the "Parties") on the other, agree to the material terms of this Settlement Agreement and Release ("Agreement") in an effort to resolve all wage and hour claims Plaintiffs have or might have against Defendant, including claims asserted under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") in the pending action: *Rosado v. Seniorcare Emergency Medical Services, Inc.*, No. 20-cv-01925 (AT) (the "Litigation");

WHEREAS, a dispute has arisen regarding Plaintiffs Rosado and Osorio's employment and the terms thereof, which dispute has resulted in the filing of the Litigation in the United States District Court for the Southern District of New York, alleging, among other things, a violation of federal and state wage and hour and overtime laws;

WHEREAS, Defendant denies any violation of federal and state wage and hour and overtime laws or any other wrongdoing of any kind; and

WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1. <u>Payment</u>: Defendants shall pay or cause to be paid to Plaintiffs and their counsel, subject to the terms and conditions of this Agreement, the gross sum of Seventeen Thousand Five Hundred Dollars and No Cents (**$17,500.00**) (the "Settlement Amount"), within thirty (30) days of approval of this Agreement by the Court, or any order modifying and entering this Agreement, as follows:

1231196.1

  i. One check made payable to "Juan Rosado" in the amount of Six Thousand Three Hundred Four Dollars and No Cents ($1,576.00), less legal deductions. An IRS Form W-2 will be issued to Plaintiff Rosado with respect to this amount after the end of the calendar year in which this check is paid;

  ii. One check made payable to "Juan Rosado" in the amount of Four Thousand Seven Hundred Twenty-Eight Dollars and No Cents ($4,728.00). An IRS Form 1099 will be issued to Plaintiff Rosado with respect to this amount after the end of the calendar year in which this check is paid;

  iii. One check made payable to "Nick Osorio" in the amount of One Thousand Two Hundred Fifty Eight Dollars and Seventy Five Cents ($1,258.75), less legal deductions. An IRS Form W-2 will be issued to Plaintiff Osorio with respect to this amount after the end of the calendar year in which this check is paid;

  iv. One check made payable to "Nick Osorio" in the amount of Three Thousand Seven Hundred Seventy-Six Dollars and Twenty-Five Cents ($3,776.25). An IRS Form 1099 will be issued to Plaintiff Osorio with respect to this amount after the end of the calendar year in which this check is paid;

  v. A check made payable to "Gangat pllc" in the amount of Six Thousand One Hundred Sixty One Dollars and No Cents ($6,161.00), of which $5,661.00 is for attorneys' fees and $500.00 is for associated costs of the litigation. An IRS Form 1099 will be issued to Gangat pllc with respect to this amount after the end of the calendar year in which this check is paid. Moreover, an IRS Form 1099 will be issued to Plaintiffs with respect to this amount after the end of the calendar year in which this check is paid.

  Payment of these sums will be made within thirty (15) days after each of the following conditions are met: (i) Defendants receive all necessary tax forms to effectuate the settlement payment; (ii) the Plaintiffs sign the agreement; (iii) the Plaintiffs provide Defendant with an executed copy of the Stipulation of Dismissal with Prejudice, which is appended hereto as Exhibit A, which counsel for Defendant will hold in escrow until Plaintiffs' counsel confirms Defendant's payment has been received; and (iv) the Court approves the agreement. All checks shall be delivered to the office of Gangat pllc to the attention of Mohammed Gangat, Esq. at 675 Third Avenue, Suite 1810, New York, N.Y. 10017.

2. <u>Release of Wage and Hour Claims</u>: Plaintiffs knowingly and voluntarily release and forever discharge, to the full extent permitted by law, Defendants, as well as Defendant's current and former owners, stockholders, predecessors, successors, assigns, directors, officers, employees, former employees, former attorneys, insurers, reinsurers, parents and subsidiaries, ("Releasees"), from any and all wage and hour claims, including, but not limited to, claims under the FLSA and NYLL, that Plaintiffs have or may have against Releasees as of the date of Plaintiff's execution of this Agreement, whether known or unknown, asserted or unasserted, including for attorneys' fees and costs in connection with any asserted or unasserted wage and hour claim.

3. <u>No Admission of Wrongdoing</u>: The Parties agree that neither this Agreement nor the furnishing of the consideration for this Agreement shall be construed as an admission by

Defendant of any liability or wrongdoing whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4. <u>Modification of the Agreement</u>: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendant.

5. <u>Acknowledgments:</u> The Parties acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6. <u>Notices</u>: Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and electronic transmission thereof. Notice hereunder shall be delivered to:

To Plaintiffs Rosado and Osorio:

Mohammed Gangat
Gangat pllc
675 Third Avenue
Suite 1810
New York, N.Y. 10017
Tel: (646) 556-6112
Fax: (646) 556-6113
Email: mgangat@gangatpllc.com

To Defendant:

Roger Briton
Brendan Sweeney
Jackson Lewis P.C.
58 South Service Road, Ste. 250
Melville, New York 11747
Tel: 631-247-0404
Email: Brendan.sweeney@jacksonlewis.com

7. <u>Governing Law</u>: This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, without regard to its conflict of laws provision. The Parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

The parties ask the court to retain jurisdiction for purposes of enforcement of this Agreement.

8. <u>Enforceability:</u> If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or

enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiffs agree to promptly execute a release, waiver and/or covenant that is legal and enforceable.

9. Release Notification: Defendant advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Mohammed Gangat of Gangat pllc. Plaintiff Rosado and Plaintiff Osorio each acknowledges that it is his choice to waive any potential claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiff Rosado and Plaintiff Osorio each confirm that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

10. Counterparts: To signify their agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by electronic or facsimile transmission.

PLAINTIFFS:

By: *Juan Rosado*
JUAN ROSADO

Date: 06/26/2020

By: *[signature]*
NICK OSORIO

Date: 06/26/2020

DEFENDANT:

By: _____
SENIORCARE EMERGENCY
MEDICAL SERVICES, INC.

Date: _____

4

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
JUAN ROSADO and NICK OSORIO, on
Behalf of themselves and others similarly situated

         Plaintiffs,    Case No. 1:20-cv-01925

 - against -

SENIORCARE EMERGENCY MEDICAL
SERVICES, INC.,

         Defendant.
------------------------------------------------------- x

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendant with no award of attorneys' fees or costs to any party.

| | |
|---|---|
| Gangat Pllc | Jackson Lewis P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 675 3rd Avenue, Suite 1810 | 58 South Service Road, Ste. 250 |
| New York, NY 10017 | Melville, New York 11747 |
| (718) 669-0714 | (631) 247-0404 |
| mgangat@gangatllc.com | brendansweeney@jacksonlewis.com |

By: _____  By: _____
   Mohammed Gangat           Brendan Sweeney

Dated:  June ___, 2020      Dated: June ___, 2020

    SO ORDERED on this _____ day of _____, 2020.

_____
Hon. Analisa Torres
United States District Judge

4811-0393-4400, V. 1

6

DocuSign Envelope ID: 3F47AAFD-2275-4BAA-B37B-8F3637CA82F2

4811-0393-4400, V. 1
4851-2180-4225, V. 1
4851-2180-4225, V. 1