```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JUAN ROSADO and NICK OSORIO, on behalf
of themselves and others similarly situated,

                      Plaintiffs,

           -against-                              20 Civ. 1925 (AT)

SENIORCARE EMERGENCY MEDICAL                      ORDER
SERVICES, INC.,

                      Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/2021_
```

ANALISA TORRES, United States District Judge:

On July 10, 2020, the parties jointly moved for the approval of their settlement agreement. *See* Letter, ECF No. 19. On December 30, 2020, the Court denied approval of the settlement agreement because the parties did not provide information about Plaintiffs' maximum possible recovery and attorney billing records, and directed the parties to re-submit their application with the missing information. ECF No. 21. On January 5, 2021, the parties submitted a revised letter to be considered along with their original settlement agreement. ECF No. 22.

This revised letter states that Rosado could recover a maximum of $7,006.40 and that Osorio could recover a maximum of $5,668.80. ECF No. 22 at 1. The proposed settlement provides Rosado with $6,304 and Osorio with $5,035. Settlement Agreement ("Settlement") §§ 1(i)–(iv), ECF No. 20; ECF No. 19 at 1. The Court concludes, therefore, that the Settlement satisfies the *Wolinsky* factors. *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012).

The revised letter also provides Plaintiffs' counsel's billing records. Plaintiffs' counsel's lodestar calculation is $8,505 in attorney's fees and $500 in costs, based on the sole

attorney representing Plaintiffs, Mohammed Gangat, billing 24.3 hours at a rate of $350 per hour. *See* Ex. A at 2, ECF No. 22-1; ECF No. 22 at 1. The requested attorney's fees award is $5,661.00—approximately two thirds the lodestar amount. In other words, Plaintiffs' counsel will recover an award of attorney's fees that is less than the lodestar amount. Courts in this district have found similar awards to be fair and reasonable. *See Lizondro-Garcia v. Kefi LLC*, No. 12 Civ. 1906, 2015 WL 4006896, at *10 (S.D.N.Y. July 1, 2015) ("[A]n award of $105,000 . . . —a 1.68 multiplier of the lodestar calculation and a 1.52 multiplier of plaintiffs' counsel's stated hourly rates—is a reasonable attorneys' fee."). Thus, the Court finds that the requested award of attorney's fees and costs is within a reasonable range. Accordingly, the Court finds the settlement fair and reasonable and the settlement is APPROVED.

    The Clerk of Court is directed to terminate this action with prejudice.

    The Clerk of Court is directed to terminate the motion at ECF No. 22.

    SO ORDERED.

Dated: January 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge